R. T. BAKER, Doing Business In the Name of Hazard Poultry and Supply Company, and John Gross, Sheriff of Perry County, Kentucky, Movant, v. Charlie S. DUFF, Opposed.

Court of Appeals of Kentucky.

May 15, 1951.

Courtney C. Wells, Hazard, for movant.

D. G. Boleyn, Hazard, for opposed.

PER CURIAM.

Appeal denied.

Judgment affirmed.